UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Angel Baez-Gil</u>

  v.         Civil No. 12-cv-266-JL

<u>United States of America</u>

**O R D E R**

  The petitioner has filed a motion under 28 U.S.C. § 2255.

  The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

  In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

  **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 27, 2012

cc: Angel Baez-Gil, pro se
   United States Attorney