UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

               v.                                  Civil No. 12-cv-266-JL

<u>Angel Baez-Gil</u>

ORDER APPOINTING COUNSEL

     Pursuant to 18 USC § 3006A, Kenneth Glidden, Esq. shall be appointed to represent said defendant in this case until further order of the Court. A response to the Motion to Dismiss shall be filed within 30 days from the date of this order.

                                                By the Court,

September 14, 2012

                                                Joseph N. Laplante
                                                Chief Judge

cc:    Angel Baez-Gil
        Donald A. Feith, Esq.
        Kenneth P. Glidden, Esq.

USDC-NH 32 (12/94)