UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

            v.                       Civil No. 12-cv-266-JL

Angel Baez-Gil


## ORDER APPOINTING COUNSEL

Pursuant to 18 USC § 3006A, Kenneth Glidden, Esq. shall be appointed to represent said defendant in this case until further order of the Court.   A response to the Motion to Dismiss shall be filed within 30 days from the date of this order.

By the Court,

September 14, 2012

_____
Joseph N. Laplante
Chief Judge


cc:    Angel Baez-Gil
       Donald A. Feith, Esq.
       Kenneth P. Glidden, Esq.


USDC-NH 32 (12/94)